DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

KENDALL TURNER (S.B. #310269)
kendallturner@omm.com
O'MELVENY & MYERS LLP
1625 I Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Twentieth Century Fox Film
Corporation d/b/a 20th Century Studios

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION d/b/a 20th Century Studios, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>JAMES E. THOMAS and JOHN C. THOMAS<br><br>Defendants. | Case No. 2:21-cv-03272-GW-JEM<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LOCAL RULE 83-1.4.2** |

Pursuant to Civil Local Rule 83-1.4.2, Plaintiff Twentieth Century Fox Film Corporation ("20th Century") hereby gives notice of the pendency of the following action in the U.S. District Court for the Northern District of California involving the same subject matter and substantially similar parties as the above-captioned action: *James E. Thomas et al. v. Twentieth Century Fox Film Corporation et al.*, Case No. 3:21-cv-02720-LB (the "Northern District Action").

1. **Description of the Actions.**

The above-captioned case and the Northern District Action are both declaratory relief actions between 20th Century and screenwriters James E. Thomas and John C. Thomas, seeking an adjudication whether copyright termination notices served by the Thomases concerning their 1986 grant of rights in the screenplay entitled *Hunters* are valid. The parties filed these mirror image actions two hours apart—with the Thomases racing to the Northern District courthouse *after* receiving notice of 20th Century's intent to bring suit and inducing 20th Century to postpone its own filing under the pretense of settlement negotiations. While evading service in this case, the Thomases filed a preliminary injunction motion in the Northern District Action asking that court to take the extraordinary measure of enjoining these proceedings in favor of their improper, forum-shopped venue.

2. **Case Information for the Related Action.**

The related action is entitled: *James E. Thomas et al. v. Twentieth Century Fox Film Corporation et al.*, Case No. 3:21-cv-02720-LB. It is pending before the Honorable Laurel Beeler in the Northern District of California in its San Francisco Courthouse, located at 450 Golden Gate Avenue, San Francisco, CA 94102.

The plaintiffs in the Northern District Action are James E. Thomas and John C. Thomas. They are represented by Marc Toberoff of Toberoff & Associates, P.C., located at 23823 Malibu Road, Suite 50-363, Malibu, CA 90265, telephone number (310) 246-3333.

The defendants in the Northern District Action are Twentieth Century Fox Film Corporation; TFCF Corporation; TFCF Entertainment Group, LLC; 20th Century Studios, Inc.; and The Walt Disney Company.  They are represented by Daniel M. Petrocelli and Molly M. Lens of O'Melveny & Myers LLP, located at 1999 Avenue of the Stars, 8th Floor, Los Angeles, CA 90067, telephone number (310) 553-6700.

3. **Relationship of the Actions.**

The above-captioned case and the Northern District Action involve the same facts and the same legal questions.  These actions are mirror images of each other: in this action, 20th Century seeks a declaration of the *invalidity* of the subject termination notices; and in the Northern District Action, the Thomases seek a declaration of the notices' *validity*.  The two matters also involve substantially the same parties and, indeed, would involve the exact same parties but for the Thomases' decision to name a number of entities affiliated with 20th Century, even though, as the Thomases concede, the grant that they wish to terminate was made to 20th Century.

4. **The Northern District Action Should Be Dismissed or Transferred from Its Improper Venue to This Court.**

The Thomases forum-shopped their declaratory relief action into an improper venue that is a stranger to the parties and their dispute alike.  None of the parties and none of their counsel are based in the Northern District of California.  None of the events underlying this dispute took place in the Northern District of California.  None of the potential witnesses and none of the potential evidence can be found in the Northern District of California.  Meanwhile, the parties, their lead counsel, the underlying events (including, for example, the making of the grant in question and the preparation and service of the termination notices at issue), and all relevant witnesses are located in the Central District.  Venue does not properly lie in the Northern District, and the Thomases have no principled justification for their choice

of forum.  In short, there is no connection whatsoever between this litigation and the Northern District.  Every relevant connection is with the Central District.

20th Century intends to oppose the Thomases' preliminary injunction motion and move to dismiss the Northern District Action for improper venue or, in the alternative, to transfer it to the Central District—the forum where this dispute belongs.

Dated:  April 19, 2021                        O'MELVENY & MYERS LLP

By:     */s/ Daniel M. Petrocelli*
              Daniel M. Petrocelli

Attorneys for Twentieth Century Fox Film Corporation d/b/a 20th Century Studios