DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
DANIELLE FEUER (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

Attorneys for Twentieth Century Fox Film Corporation d/b/a 20th Century Studios

MARC TOBEROFF (S.B. #188547)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for James E. Thomas and John C. Thomas

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION d/b/a 20th Century Studios, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>JAMES E. THOMAS and JOHN C. THOMAS<br><br>Defendants. | Case No. 2:21-cv-03272-GW-JEM<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. George H. Wu<br>Hon. John E. McDermott |
| JAMES E. THOMAS and JOHN C. THOMAS<br><br>Counterclaimants,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION d/b/a 20th Century Studios, a Delaware corporation<br><br>Counter-Defendant. | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Twentieth Century Fox Film Corporation ("20th Century") and Defendants and Counterclaimants James E. Thomas and John C. Thomas (the "Thomases"), by and through the undersigned counsel, hereby stipulate that this action and all claims, including all counterclaims, and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: December 17, 2021

O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli

Attorneys for Twentieth Century Fox Film Corporation d/b/a 20th Century Studios


TOBEROFF & ASSOCIATES, P.C.

By: _____
Marc Toberoff

Attorneys for James E. Thomas and John C. Thomas