| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| | dpetrocelli@omm.com |
| 2 | MOLLY M. LENS (S.B. #283867) |
| | mlens@omm.com |
| 3 | DANIELLE FEUER (S.B. #324174) |
| | dfeuer@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 8th Floor |
| 5 | Los Angeles, California  90067-6035 |
| | Telephone:   (310) 553-6700 |
| 6 | Facsimile:    (310) 246-6779 |
| 7 | Attorneys for Twentieth Century Fox Film |
| | Corporation d/b/a 20th Century Studios |
| 8 | |
| 9 | MARC TOBEROFF (S.B. #188547) |
| | mtoberoff@toberoffandassociates.com |
| 10 | TOBEROFF & ASSOCIATES, P.C. |
| | 23823 Malibu Road, Suite 50-363 |
| 11 | Malibu, CA 90265 |
| | Telephone: (310) 246-3333 |
| 12 | Facsimile: (310) 246-3101 |
| 13 | Attorneys for James E. Thomas and John C. Thomas |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 16 | TWENTIETH CENTURY FOX FILM CORPORATION d/b/a 20th Century Studios, a Delaware corporation | Case No. 2:21-cv-03272-GW-JEM |
| 17 | | |
| 18 | Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |
| 19 | v. | |
| 20 | JAMES E. THOMAS and JOHN C. THOMAS | Hon. George H. Wu |
| 21 | | Hon. John E. McDermott |
| 22 | Defendants. | |
| 23 | JAMES E. THOMAS and JOHN C. THOMAS | |
| 24 | | |
| 25 | Counterclaimants, | |
| 26 | v. | |
| 27 | TWENTIETH CENTURY FOX FILM CORPORATION d/b/a 20th Century Studios, a Delaware corporation | |
| 28 | | |
| | Counter-Defendant. | |

# [~~PROPOSED~~] ORDER

The Joint Stipulation for Dismissal, filed by Plaintiff and Counter-Defendant Twentieth Century Fox Film Corporation ("20th Century") and Defendants and Counterclaimants James E. Thomas and John C. Thomas (the "Thomases"), is hereby **GRANTED.** This action and all claims, including all counterclaims, and defenses asserted therein shall be **DISMISSED** with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: January 13, 2022       By: _____
                                   Hon. George H. Wu
                                   United States District Judge